■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL McNEAR, Appellant.—Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered October 7, 1985, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

Judgment affirmed *(see, People v Motley,* 69 NY2d 870). Mahoney, P. J., Main, Mikoll, Levine and Harvey, JJ., concur.